IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>      *Plaintiff*,<br>v.<br><br>INTERTEK TESTING SERVICES NA, INC.,<br><br>      *Defendant*. | Case No. 1:25-cv-1202 (AMN/PJE)<br><br>**JURY TRIAL DEMANDED** |

**INTERTEK TESTING SERVICES NA, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE THAT** Defendant Intertek Testing Services NA, Inc. ("Intertek") hereby moves to dismiss Plaintiff Mobility Workx, LLC's ("Mobility Workx") claims for pre-suit damages arising from patent infringement and Count I in its entirety as asserted in the First Amended Complaint ("FAC"), Mobility Workx's claims for willful patent infringement, and Counts II and III of the FAC in their entirety for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Support for this motion is found in the accompanying Memorandum of Law and Declaration of Krishnan Padmanabhan.

Dated: December 15, 2025
      New York, New York

                                            By:   */s/ Krishnan Padmanabhan*
                                                    Carrie V. Hardman
                                                    Bar Roll No. 516327
                                                    Krishnan Padmanabhan (*pro hac vice*)
                                                      **WINSTON & STRAWN LLP**
                                                      200 Park Avenue

New York, NY 10166-4193
Telephone: (212) 294-3564
chardman@winston.com
kpadmanabhan@winston.com

*Attorneys for Defendant*
*Intertek Testing Services NA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, a copy of the foregoing and accompanying documents were served upon counsel of record via the Court's CM/ECF system.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
