IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>   *Plaintiff*,<br>v.<br><br>INTERTEK TESTING SERVICES NA, INC.,<br><br>   *Defendant*. | Case No. 1:25-cv-1202 (AMN/PJE)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANT INTERTEK TESTING SERVICES NA, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

  I, Krishnan Padmanabhan, pursuant to 28 U.S.C. § 1746 declare as follows:

  1. I am an attorney with the law firm of Winston & Strawn LLP and am counsel of record for Defendant Intertek Testing Services NA, Inc. ("Intertek"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of PayPal's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint.

  2. Attached hereto as **Exhibit 1** is a true and correct copy of the publicly available Plaintiffs' Motion to Amend Their Infringement Contentions (Dkt. 95) filed in the case captioned *University of Florida Research Foundation Inc. v. Motorola Mobility, LLC*, No. 13:cv-61120-KMM (S.D. Fla. filed February 28, 2014).

  3. Attached hereto as **Exhibit 2** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. T-Mobile US, Inc.*, 4:17-cv-00567 (E.D. Tex. filed Aug. 14, 2017).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. Verizon Commc'ns, Inc.*, No. 4:17-cv-00872 (E.D. Tex. filed Dec. 18, 2017).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Joint Claim Construction Chart (Dkt. 52) filed in the case captioned *Mobility Workx, LLC v. AT&T Inc.*, No. 4:23-cv-00594 (E.D. Tex. filed Apr. 26, 2024).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. Samsung Elec. Co., Ltd.*, No. 4:24-cv-00798 (E.D. Tex. filed Sept. 2, 2024).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. Cisco Systems, Inc.*, No. 4:24-cv-00799 (E.D. Tex. filed Sept. 2, 2024).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. Dish Wireless, LLC*, No. 4:24-cv-01064 (E.D. Tex. filed Dec. 3, 2024).

9. Attached hereto as **Exhibit 8** is a true and correct copy of the publicly available Complaint filed in the case captioned *Mobility Workx, LLC v. Spectrum Mobile, LLC*, No. 4:25-cv-00752 (E.D. Tex. filed July 11, 2025).

10. Attached hereto as **Exhibit 9** is a true and correct copy of the publicly available '330 Patent Claim Chart (Dkt. 1-6) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. AT&T Inc.*, No. 4:23-cv-00594 (E.D. Tex. filed June 23, 2023).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the publicly available '508 Patent Claim Chart (Dkt. 1-4) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. AT&T Inc.*, No. 4:23-cv-00594 (E.D. Tex. filed June 23, 2023).

12. Attached hereto as **Exhibit 11** is a true and correct copy of the publicly available '417 Patent Claim Chart (Dkt. 1-5) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. AT&T Inc.*, No. 4:23-cv-00594 (E.D. Tex. filed June 23, 2023).

13. Attached hereto as **Exhibit 12** is a true and correct copy of the publicly available '330 Patent Claim Chart (Dkt. 1-6) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Samsung Elec. Co., Ltd.*, No. 4:24-cv-00798 (E.D. Tex. filed Sept. 2, 2024).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the publicly available '508 Patent Claim Chart (Dkt. 1-2) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Samsung Elec. Co., Ltd.*, No. 4:24-cv-00798 (E.D. Tex. filed Sept. 2, 2024).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the publicly available '417 Patent Claim Chart (Dkt. 1-4) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Samsung Elec. Co., Ltd.*, No. 4:24-cv-00798 (E.D. Tex. filed Sept. 2, 2024).

16. Attached hereto as **Exhibit 15** is a true and correct copy of the publicly available '508 Patent Claim Chart (Dkt. 1-2) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Cisco Systems, Inc.*, No. 4:24-cv-00799 (E.D. Tex. filed Sept. 2, 2024).

17. Attached hereto as **Exhibit 16** is a true and correct copy of the publicly available '417 Patent Claim Chart (Dkt. 1-4) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Cisco Systems, Inc.*, No. 4:24-cv-00799 (E.D. Tex. filed Sept. 2, 2024).

18. Attached hereto as **Exhibit 17** is a true and correct copy of the publicly available '508 Patent Claim Chart (Dkt. 1-2) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Dish Wireless, LLC*, No. 4:24-cv-01064 (E.D. Tex. filed Dec. 3, 2024).

19. Attached hereto as **Exhibit 18** is a true and correct copy of the publicly available '417 Patent Claim Chart (Dkt. 1-4) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Dish Wireless, LLC*, No. 4:24-cv-01064 (E.D. Tex. filed Dec. 3, 2024).

20. Attached hereto as **Exhibit 19** is a true and correct copy of the publicly available '508 Patent Claim Chart (Dkt. 1-2) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Spectrum Mobile, LLC*, No. 4:25-cv-00752 (E.D. Tex. filed July 11, 2025).

21. Attached hereto as **Exhibit 20** is a true and correct copy of the publicly available '417 Patent Claim Chart (Dkt. 1-4) attached to the Complaint filed in the case captioned *Mobility Workx, LLC v. Spectrum Mobile, LLC*, No. 4:25-cv-00752 (E.D. Tex. filed July 11, 2025).

22. Attached hereto as **Exhibit 21** is a true and correct copy of the publicly available Mediator's Report (Dkt. 158) filed in the case captioned *University of Florida Research Foundation Inc. v. Motorola Mobility, LLC*, No. 13:cv-61120-KMM (S.D. Fla. filed May 29, 2014).

23. Attached hereto as **Exhibit 22** is a true and correct copy of the publicly available Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. 244) filed in the case captioned *Mobility Workx, LLC v. Verizon Commc'ns, Inc.*, No. 4:17-cv-00872 (E.D. Tex. filed July 25, 2021).

24. Attached hereto as **Exhibit 23** is a true and correct copy of the publicly available Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. 63) filed in the case captioned *Mobility Workx, LLC v. T-Mobile US, Inc.*, 4:17-cv-00567 (E.D. Tex. filed Oct. 22, 2018).

25. Attached hereto as **Exhibit 24** is a true and correct copy of the publicly available Joint Motion to Dismiss (Dkt. 57) filed in the case captioned *Mobility Workx, LLC v. AT&T Inc.*, No. 4:23-cv-00594 (E.D. Tex. filed July 3, 2024).

26. Attached hereto as **Exhibit 25** is a true and correct copy of the publicly available Joint Motion to Dismiss All Deadlines and Notice of Settlement (Dkt. 24) filed in the case captioned *Mobility Workx, LLC v. Samsung Elec. Co., Ltd.*, No. 4:24-cv-00798 (E.D. Tex. filed July 8, 2025).

27. Attached hereto as **Exhibit 26** is a true and correct copy of the publicly available Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. 25) filed in the case captioned *Mobility Workx, LLC v. Cisco Systems, Inc.*, No. 4:24-cv-00799 (E.D. Tex. filed May 28, 2025).

28. Attached hereto as **Exhibit 27** is a true and correct copy of the Agreed Motion to Dismiss with Prejudice (Dkt. 19) filed in the case captioned *Mobility Workx, LLC v. Dish Wireless, LLC*, No. 4:24-cv-01064 (E.D. Tex. filed July 3, 2025).

29. Attached hereto as **Exhibit 28** is a true and correct copy of the publicly available Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. 22) filed in the case captioned *Mobility Workx, LLC v. Spectrum Mobile, LLC*, No. 4:25-cv-00752 (E.D. Tex. filed Nov. 10, 2025).

30. Attached hereto as **Exhibit 29** is a true and correct copy of the public press release titled "Mobility Workx Licenses its Patent Portfolio to Cisco and DISH Wireless" published by Mobility Workx on July 18, 2025 (available at https://www.mobilityworkx.com/2025/07/22/mobility-works-licenses-its-portfolio-to-cisco-and-dish-wireless/).

31. Attached hereto as **Exhibit 30** is a true and correct copy of the is a true and correct copy of the public press released titled "Mobility Workx and Verizon Reach Agreement for Wireless Technologies" published by Mobility Workx on September 22, 2021 (available at https://www.mobilityworkx.com/2023/06/21/mobility-workx-and-verizon-reach-agreement-for-wireless-technologies/).

32. Attached hereto as **Exhibit 31** is a true and correct copy of the publicly available blog post titled "Settlement Agreement with Cisco and DISH Wireless" published by Edwin Hernandez (named inventor of the Asserted Patents) on July 8, 2025 (available at https://eglacorp.com/2025/07/08/settlement-agreemnet-cisco-dish-mobility-workx/).

Executed on December 15, 2025

                                                   */s/ Krishnan Padmanabhan*
                                                   Krishnan Padmanabhan